IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 4:00-66-CMC |
| | ) | |
| v. | ) | **AMENDED ORDER**[1] |
| | ) | |
| James Worley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for reconsideration. Dkt. #202 (filed Jan. 5, 2011). Defendant is currently incarcerated due to a supervised release violation. He seeks reduction in his current period of incarceration based upon Amendment 706 to the Guidelines.

Defendant's motion is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 27, 2011

C:\Documents and Settings\snw84\Local Settings\Temp\notesBAAA25\00-66 James Worley deny m for reconsideration incarcerated due to revocation proceedings.wpd

---

[1] This order is amended to correct a scrivener's error and correctly identify the motion to which this order refers.